AO 441 (Rev. 02/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | |
|---|---|
| __NORTHERN STATES POWER COMPANY__<br>*Plaintiff*<br>v.<br>__AEGIS INSURANCE SERVICES, INC.__<br>*Defendant, Third-party plaintiff*<br>v.<br>__FAIRMONT SPECIALTY INSURANCE COMPANY__<br>*Third-party defendant* | Civil Action No. 10-cv-780 |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   Fairmont Specialty Insurance Company
Suite 300, 10350 Richmond Avenue
Houston, TX 77042

    A lawsuit has been filed against defendant   __AEGIS Ins. Services, Inc.__  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   __Northern States Power Co.__  .

    Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Steven M. Streck
Axley Brynelson, LLP
P.O. Box 1767, Madison, WI 53701-1767

Theodore A. Keyes
Schulte Roth & Zabel LLP
919 Third Avenue, New York, NY 10022

    It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Raymond R. Krueger
Michael Best & Friedrich LLP
Suite 3300, 100 East Wisconsin Avenue, Milwaukee, WI 53202-1488

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached. You may — but are not required to — respond to it.

Date:   04/13/2011

CLERK OF COURT

s/ R. Blender, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 02/09) Summons on Third-Party Complaint (Page 2)

Civil Action No. 10-cv-780

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Fairmont Insurance Company c/o CT Corporation Systems
was received by me on *(date)* 4/14/11.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Davon Pederson, who is designated by law to accept service of process on behalf of *(name of organization)* Fairmont Insurance Company c/o CT Corporation Systems on *(date)* 4/15/11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 4/15/11

*Server's signature*

WILLIAM MATHUSON
*Printed name and title*

2509 CRESTLINE DR MADISON WI
*Server's address*

Additional information regarding attempted service, etc: