AO 441 (Rev. 02/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | |
|---|---|
| NORTHERN STATES POWER COMPANY <br> *Plaintiff* <br> v. <br> AEGIS INSURANCE SERVICES, INC. <br> *Defendant, Third-party plaintiff* <br> v. <br> CENTURY INDEMNITY COMPANY <br> *Third-party defendant* | Civil Action No. 10-cv-780 |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  Century Indemnity Company
436 Walnut Street
Philadelphia, PA 19106

A lawsuit has been filed against defendant __AEGIS Ins. Services, Inc.__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __Northern States Power Co.__.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Steven M. Streck
Axley Brynelson, LLP
P.O. Box 1767, Madison, WI 53701-1767

Theodore A. Keyes
Schulte Roth & Zabel LLP
919 Third Avenue, New York, NY 10022

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Raymond R. Krueger
Michael Best & Friedrich LLP
Suite 3300, 100 East Wisconsin Avenue, Milwaukee, WI 53202-1488

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may — but are not required to — respond to it.

Date: __04/13/2011__

CLERK OF COURT

s/ R. Plender, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 02/09) Summons on Third-Party Complaint (Page 2)

Civil Action No. 10-cv-780

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Century Indemnity Company c/o CT Corporation System
was received by me on *(date)* 4/14/11

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Dawn Peterson, who is designated by law to accept service of process on behalf of *(name of organization)* Century Indemnity Co. c/o CT Corporation Systems on *(date)* 4/15/11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ ____ for travel and $ ____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4/15/11

*Server's signature*

WILLIAM MAGNUSON
*Printed name and title*

2509 CRESTLINE DR MADISON, WI
*Server's address*

Additional information regarding attempted service, etc: