AO 441 (Rev. 02/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | | |
|---|---|---|
| NORTHERN STATES POWER COMPANY<br>*Plaintiff*<br>v.<br>AEGIS INSURANCE SERVICES, INC.<br>*Defendant, Third-party plaintiff*<br>v.<br>ADMIRAL INSURANCE COMPANY<br>*Third-party defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 10-cv-780 |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   Admiral Insurance Company
1255 Caldwell Road
Cherry Hill, NJ  08304

A lawsuit has been filed against defendant  AEGIS Ins. Services, Inc.  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  Northern States Power Co.  .

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Steven M. Streck
Axley Brynelson, LLP
P.O. Box 1767, Madison, WI 53701-1767

Theodore A. Keyes
Schulte Roth & Zabel LLP
919 Third Avenue, New York, NY 10022

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Raymond R. Krueger
Michael Best & Friedrich LLP
Suite 3300, 100 East Wisconsin Avenue, Milwaukee, WI 53202-1488

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may — but are not required to – respond to it.

Date:     04/13/2011

*CLERK OF COURT*

s/ R. Plender, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 02/09) Summons on Third-Party Complaint (Page 2)

Civil Action No. 10-cv-780

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Robert Schmidt as Registered Agent
was received by me on *(date)* 4-14-2011.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Robert Schmidt, who is designated by law to accept service of process on behalf of *(name of organization)* Admiral Insurance Company on *(date)* 4-15-2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 4-15-2011

Nicole Magnuson
*Server's signature*

Nicole Magnuson - Process Server
*Printed name and title*

2509 Crest Line Dr., Madison, WI 53704
*Server's address*

Additional information regarding attempted service, etc: