UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

NORTHERN STATES POWER COMPANY,

        Plaintiff,

v.                                                                                                   Case No: 10-CV-780

AEGIS INSURANCE SERVICES, INC.
(a/k/a Associated Electric & Gas Insurance
Services Limited),

        Defendant,

AEGIS INSURANCE SERVICES, INC.
(a/k/a Associated Electric & Gas Insurance
Services Limited),

        Third-Party Plaintiff,

v.

ADMIRAL INSURANCE COMPANY, et al.,

        Third-Party Defendants.

---

**NOTICE OF APPEARANCE**

---

TO:    All Counsel of Record

PLEASE TAKE NOTICE that the law firm of Meissner Tierney Fisher & Nichols, S.C., by Michael J. Cohen and Jennifer A.B. Kreil, hereby enters an appearance in the above-captioned case as counsel for Third-Party Defendant, Fairmont Specialty Insurance Company, as successor-in-interest to Ranger Insurance Company.  We hereby demand that copies of all pleadings and other documents and correspondence be served upon us at our offices at 111 East Kilbourn Avenue, 19th Floor, Milwaukee, WI  53202.

Dated this 28th day of April, 2011.

                                        MEISSNER TIERNEY FISHER & NICHOLS S.C.

                                        By: s/ Michael J. Cohen_____
                                                Michael J. Cohen
                                                Jennifer A.B. Kreil
                                                111 East Kilbourn Ave., 19th Floor
                                                Milwaukee, WI  53202
                                                (414) 273-1300
                                                Facsimile: (414) 273-5840
                                                mjc@mtfn.com
                                                jbk@mtfn.com

                                        **Attorneys for Third-Party Defendant**
                                        **Fairmont Specialty Insurance Company,**
                                        **as successor-in-interest to Ranger**
                                        **Insurance Company**