NOTICE TO COUNSEL:

      To enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, counsel for a private (non-governmental) business, company, or corporation shall submit at the time of initial pleading this statement of corporate affiliations and financial interest.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NORTHERN STATES POWER COMPANY

                                                                   Case No. __10CV780_____

        v.

AEGIS INSURANCE SERVICES, INC.

---

DISCLOSURE OF CORPORATE AFFILIATIONS
AND FINANCIAL INTEREST

I, the undersigned counsel of record for __Third-Party Defendant Fairmont Specialty Insurance__ , make the following disclosure:       Company, as successor-in-interest to Ranger Insurance Company

1.     Is said party a subsidiary or affiliate of a publicly owned corporation?

       YES ☐     NO ☒

      If the answer is YES, list below and identify the parent corporation or affiliate and the relationship between it and the named party:

2.     Is there a publicly owned corporation, not a party to this case, that has a financial interest in the outcome?

       YES ☒     NO ☐

      If the answer is YES, list the identity of such corporation and the nature of the financial interest to the named party: Fairfax Financial Holdings Limited is the ultimate (not direct) parent of Fairmont Specialty Insurance Company.  Fairfax Financial Holdings Limited is publicly traded on the Toronto Stock Exchange.

____/s/ Michael J. Cohen_____      Date: _April 28, 2011_____
    Michael J. Cohen, Esq.
9/5/08   Meissner Tierney Fisher & Nichols S.C.
    111 East Kilbourn Avenue, 19th Fl.
    Milwaukee, WI  53202
    Phone:  (414) 273-1300; Fax: (414) 273-5840
    mjc@mtfn.com