Northern States Power Company
v.
Aegis Insuarance Services, Inc.
v.
Columbia Casualty Insurance Company

**State of Wisconsin**

**General No.: 10CV780**

**County of USDC WISCONSIN**

## AFFIDAVIT OF SERVICE

MICHEAL DANDRIDGE deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 4/25/2011 at 11:00:00 AM by leaving a true and correct copy of the attached SUMMONS ON A THIRD-PARTY COMPLAINT with Columbia Casualty Insurance Company as shown below:

Served the wihin named Columbia Casualty Insurance Company by delivering a true and correct copy of the SUMMONS ON A THIRD-PARTY COMPLAINT, to Linda Karnu a person authorized to accept service of process as agent.

Said service was effected at 333 S. Wabash Ave., Chicago, IL 60604

Description of Person Served Sex:   Height:   Weight:   Race:   Age:

Additional or Other Information:

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Dated

Micheal Dandridge
117-000192