AO 441 (Rev. 02/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | |
|---|---|
| NORTHERN STATES POWER COMPANY <br> *Plaintiff* <br> v. <br> AEGIS INSURANCE SERVICES, INC. <br> *Defendant, Third-party plaintiff* <br> v. <br> NORTHWEST NATIONAL INSURANCE COMPANY <br> *Third-party defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 10-cv-780 |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)* Northwest National Insurance Company
c/o Wisconsin Office of the Commissioner of Insurance
125 South Webster Street
Madison, WI 53703

    A lawsuit has been filed against defendant __AEGIS Ins. Services, Inc.__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __Northern States Power Co.__.

    Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Steven M. Streck                                    Theodore A. Keyes
Axley Brynelson, LLP                            Schulte Roth & Zabel LLP
P.O. Box 1767, Madison, WI 53701-1767     919 Third Avenue, New York, NY 10022

    It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Raymond R. Krueger
Michael Best & Friedrich LLP
Suite 3300, 100 East Wisconsin Avenue, Milwaukee, WI 53202-1488

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached. You may — but are not required to – respond to it.

Date:    04/13/2011

CLERK OF COURT

s/ R. Bender, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 02/09) Summons on Third-Party Complaint (Page 2)

Civil Action No. 10-cv-780

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Northwest National Ins. Co.
was received by me on *(date)* 4/25/11

 I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sue Calabria, who is designated by law to accept service of process on behalf of *(name of organization)* Northwest National Ins. Company c/o Office of the Commissioner of Ins, on *(date)* 4/26/11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 4/26/11

*Server's signature*

WILLIAM J. MAGNUSON
*Printed name and title*

2509 CREST LINE DR MADISON WI
*Server's address*

Additional information regarding attempted service, etc: