UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

NORTHERN STATES POWER COMPANY,

        Plaintiff,

v.                                                              Case No: 10-CV-780

AEGIS INSURANCE SERVICES, INC.
(a/k/a Associated Electric & Gas Insurance
Services Limited),

        Defendant,

AEGIS INSURANCE SERVICES, INC.
(a/k/a Associated Electric & Gas Insurance
Services Limited),

        Third-Party Plaintiff,

v.

ADMIRAL INSURANCE COMPANY, et al.,

        Third-Party Defendants.

---

**NOTICE OF APPEARANCE**

---

TO:    All Counsel of Record

        PLEASE TAKE NOTICE that the law firm of Meissner Tierney Fisher & Nichols, S.C., by Michael J. Cohen and Jennifer A.B. Kreil, hereby enters an appearance in the above-captioned case as counsel for Third-Party Defendant, TIG Insurance Company, as successor-in-interest to International Insurance Company and International Surplus Lines Insurance Company (incorrectly sued as Fairfax Financial Holdings Limited).  We hereby demand that copies of all

pleadings and other documents and correspondence be served upon us at our offices at 111 East Kilbourn Avenue, 19th Floor, Milwaukee, WI 53202.

Dated this 3rd day of May, 2011.

                      MEISSNER TIERNEY FISHER & NICHOLS S.C.

                      By: s/ Michael J. Cohen
                           Michael J. Cohen
                           Jennifer A.B. Kreil
                           111 East Kilbourn Ave., 19th Floor
                           Milwaukee, WI 53202
                           (414) 273-1300
                           Facsimile: (414) 273-5840
                           mjc@mtfn.com
                           jbk@mtfn.com

                         **Attorneys for Third-Party Defendant TIG Insurance Company, as successor-in-interest to International Insurance Company and International Surplus Lines Insurance Company (incorrectly sued as Fairfax Financial Holdings Limited)**