NOTICE TO COUNSEL:

    To enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, counsel for a private (non-governmental) business, company, or corporation shall submit at the time of initial pleading this statement of corporate affiliations and financial interest.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NORTHERN STATES POWER COMPANY

                                 Case No.   10CV780

v.

AEGIS INSURANCE SERVICES, INC.

DISCLOSURE OF CORPORATE AFFILIATIONS
AND FINANCIAL INTEREST

I, the undersigned counsel of record for  Third-Party Defendant TIG Insurance Company, as successor-, make the following disclosure:   in-interest to International Insurance Company and International Surplus Lines Insurance Company (incorrectly sued as Fairfax Financial Holdings Limited)

1.    Is said party a subsidiary or affiliate of a publicly owned corporation?

    YES ☐    NO ☒

    If the answer is YES, list below and identify the parent corporation or affiliate and the relationship between it and the named party:

2.    Is there a publicly owned corporation, not a party to this case, that has a financial interest in the outcome?

    YES ☒    NO ☐

    If the answer is YES, list the identity of such corporation and the nature of the financial interest to the named party: Fairfax Financial Holdings Limited is the ultimate (not direct) parent of TIG Insurance Company.  Fairfax Financial Holdings Limited is publicly traded on the Toronto Stock Exchange.

_/s/ Michael J. Cohen_      Date: May 3, 2011
Michael J. Cohen, Esq.
9/5/08 Meissner Tierney Fisher & Nichols S.C.
111 East Kilbourn Avenue, 19th Fl.
Milwaukee, WI 53202
Phone: (414) 273-1300; Fax: (414) 273-5840
mjc@mtfn.com