# MEISSNER TIERNEY
# FISHER & NICHOLS
S.C.

ATTORNEYS AT LAW
THE MILWAUKEE CENTER
19TH FLOOR
111 EAST KILBOURN AVENUE
MILWAUKEE, WISCONSIN 53202-6622
TELEPHONE (414) 273-1300
FACSIMILE (414) 273-5840

MICHAEL J. COHEN
ATTORNEY-AT-LAW

EXTENSION 140
MJC@MTFN.COM

May 3, 2011

**VIA CM/ECF**
The Honorable Stephen Crocker, Magistrate Judge
United States District Court
Western District of Wisconsin
P.O. Box 432
Madison, WI 53701-0432

    Re:    *Northern States Power Company v. AEGIS Insurance Services, Inc.*;
               Case No: 10-CV-780 (Eau Claire County Circuit Court, WI)

Dear Judge Crocker,

    Our firm represents TIG Insurance Company, as successor-in-interest to International Insurance Company and International Surplus Lines Insurance Company (incorrectly sued as Fairfax Financial Holdings Limited) ("TIG"). I am writing to advise the Court that Third-Party Plaintiff, AEGIS Insurance Services, Inc. (a/k/a Associated Electric & Gas Insurance Services Limited), has agreed that TIG's deadline to answer or otherwise respond to AEGIS's Third-Party Complaint may be extended by three (3) days up to and including May 25, 2011.

    We respectfully request that, if necessary, this Court enter a Margin Order granting such extension.

    Thank you for your consideration.

                            Sincerely,

                            /s Michael J. Cohen
                            Michael J. Cohen

cc:    All Counsel (See Attached Service List)

910961