**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

---

NORTHERN STATES POWER COMPANY,

        Plaintiff,

v.                                                                                          Case No: 10-CV-780

AEGIS INSURANCE SERVICES, INC.
(a/k/a Associated Electric & Gas Insurance
Services Limited),

        Defendant,

AEGIS INSURANCE SERVICES, INC.
(a/k/a Associated Electric & Gas Insurance
Services Limited),

        Third-Party Plaintiff,

v.

ADMIRAL INSURANCE COMPANY, et al.,

        Third-Party Defendants.

---

**CERTIFICATE OF SERVICE**

---

    I hereby certify that on the 3rd day of May, 2011, the following documents were electronically filed:

1. Letter dated May 3, 2011;

2. Notice of Appearance;

3. Disclosure of Corporate Affiliations and Financial Interest; and

4. Certificate of Service.

with the Clerk of Court using the ECF system.  All of the documents are available for viewing and downloading from the ECF System, and were served on counsel of record for Plaintiff, Northern States Power Company and Defendant/Third-Party Plaintiff AEGIS Insurance Services,

Inc. (a/k/a Associated Electric & Gas Insurance Services Limited) who are designated for service by electronic filing.

      The same documents were served by U.S. Mail to the parties listed on the attached service list who are not designated for service by electronic filing with the ECF System for this Court.

      Dated this 3rd day of May, 2011.

                               By:   /s/ Michael J. Cohen_____
                                           Michael J. Cohen

SERVICE LIST
Northern States Power Company v. AEGIS Insurance Services, Inc.
Case No: 10-CV-780

*Attorneys for Plaintiff*
Raymond Krueger, Esq.
Michael Best & Friedrich, LLP
100 East Wisconsin Avenue, Ste. 3300
Milwaukee, WI  53202

Admiral Insurance Company
1255 Caldwell Road
Cherry Road, NJ  08304

Century Indemnity Company
436 Walnut Street
Philadelphia, PA  19106

Columbia Casualty Insurance Company
CNA Center
333 South Wabash Avenue
Chicago, IL  60604

Continental Insurance Company
CNA Center
333 South Wabash Avenue
Chicago, IL  60604

INSCO Insurance Group
5511 Princess Anne Road
Virginia Beach, VA  23462

Lloyd's London and Certain London Market Insurers
c/o State of Wisconsin
Office of the Commissioner of Insurance
125 South Webster Street
Madison, WI  53703

Allstate Insurance Company
Allstate Plaza, 2775 Sanders Road
Northbrook, IL  60062

St. Paul Mercury Insurance Company
385 Washington Street
St. Paul, MN  55102

St. Paul Fire and Marine Insurance Company
385 Washington Street
St. Paul, MN  55102

Northwest National Insurance Company
c/o Wisconsin Office of the Commissioner of Insurance
125 South Webster Street
Madison, WI  53703

910169-1