UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Northern States Power Company,

    Plaintiff,

v.

AEGIS Insurance Services, Inc.,               Civil Action No. 10-CV-780

    Defendant and Third-Party Plaintiff,

v.

Fairmont Specialty Insurance Company, *et al.*,

    Third-Party Defendants.

**STIPULATION TO ALLOW THIRD-PARTY DEFENDANTS COLUMBIA CASUALTY AND CONTINENTAL INSURANCE AN EXTENSION OF TIME TO ANSWER AND ORDER**

TO:    THE HONORABLE UNITED STATES DISTRICT COURT:

**PLEASE TAKE NOTICE** that third-party plaintiff AEGIS Insurance Services, Inc., and third-party defendants Columbia Casualty Insurance Company and Continental Insurance Company, by their respective undersigned counsel, hereby stipulate that Columbia Casualty Insurance Company and Continental Insurance Company may have an extension of twenty (20) days from May 5, 2011 in which to respond to the Third-Party Complaint in this matter.

Dated: May 3, 2011

AXLEY BRYNELSON, LLP

Steven M. Streck
Attorneys for Third-Party Plaintiff
2 East Mifflin Street, #200
Madison, WI 53701
(608) 257-5661

Dated: May 3, 2011

LIND, JENSEN, SULLIVAN & PETERSON,
A Professional Association

*/s/ Thomas D. Jensen*
Thomas D. Jensen (Admitted 12-11-1995)
Attorneys for Columbia Casualty Insurance Company and Continental Insurance Company
150 South Fifth Street, Suite 1700
Minneapolis, MN 55402
(612) 333-3637

## ORDER

IT IS SO ORDERED.

BY THE COURT:

_____
United States Magistrate Judge