UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

NORTHERN STATES POWER COMPANY,

        Plaintiff,

   v.

AEGIS INSURANCE SERVICES, INC. (a/k/a Associated Electric & Gas Insurance Services Limited),

        Defendant.

AEGIS INSURANCE SERVICES, INC., (a/k/a Associated Electric & Gas Insurance Services Limited),

        Third-Party Plaintiff,

v.

ADMIRAL INSURANCE COMPANY, et al.,

        Third Party Defendants.

Civil File No.: 10-cv-780

**NOTICE OF APPEARANCE**

TO:    ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the law firm of Meagher & Geer, L.L.P., by Stacy A. Broman, hereby enters an appearance in the above-captioned case as counsel for Third-Party Defendants St. Paul Mercury Insurance Company and St. Paul Fire and Marine Insurance Company. We hereby demand that copies of all pleadings and other documents and correspondence be served upon us at our offices at 33 South Sixth Street, Suite 4400, Minneapolis, MN 55402.

2

Dated:  May 4, 2011


MEAGHER & GEER, PLLP


s/Stacy A. Broman
Stacy A. Broman
33 South Sixth Street, Ste. 4400
Minneapolis, MN  55402
Telephone:  (612) 338-0661
Facsimile:  (612) 338-8384
E-Mail:  sbroman@meagher.com

*Attorneys for Third-Party Defendants*
*St. Paul Mercury Insurance Company and*
 *St. Paul Fire and Marine Insurance Company*

7872919.1