UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

NORTHERN STATES POWER COMPANY,

   Plaintiff,

 v.

AEGIS INSURANCE SERVICES, INC. (a/k/a Associated Electric & Gas Insurance Services Limited),

   Defendant.

AEGIS INSURANCE SERVICES, INC., (a/k/a Associated Electric & Gas Insurance Services Limited),

   Third-Party Plaintiff,

v.

ADMIRAL INSURANCE COMPANY, et al.,

   Third Party Defendants.

Civil File No.:  10-cv-780

---

## DISCLOSURE OF CORPORATE AFFILIATIONS
## AND FINANCIAL INTEREST

I, the undersigned counsel of record for Third-Party Defendant St. Paul Fire and Marine Insurance Company, make the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation?

 ☒ YES  ☐ NO

 If the answer is YES list below and identify the parent corporation or affiliate and the relationship between it and the named party:

 St. Paul Fire and Marine Insurance Company is a wholly owned subsidiary of The Travelers Companies, Inc., a publicly traded company.

2. Is there a publicly owned corporation, not a party to this case, that has a financial interest in the outcome?

☐ YES    ☒ NO

If the answer is YES list the identity of such corporation and the nature of the financial interest to the named party:

_____

s/Stacy A. Broman                                    May 4, 2011
Signature of Counsel                                 Date

7874548.1