UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

NORTHERN STATES POWER COMPANY,

        Plaintiff,

   v.

AEGIS INSURANCE SERVICES, INC. (a/k/a Associated Electric & Gas Insurance Services Limited),

        Defendant.

AEGIS INSURANCE SERVICES, INC., (a/k/a Associated Electric & Gas Insurance Services Limited),

        Third-Party Plaintiff,

v.

ADMIRAL INSURANCE COMPANY, et al.,

        Third Party Defendants.

Civil File No.:  10-cv-780

---

## DISCLOSURE OF CORPORATE AFFILIATIONS
## AND FINANCIAL INTEREST

I, the undersigned counsel of record for <u>Third-Party Defendant St. Paul Mercury Insurance Company,</u> make the following disclosure:

1.    Is said party a subsidiary or affiliate of a publicly owned corporation?

    ☒ YES     ☐ NO

    If the answer is YES list below and identify the parent corporation or affiliate and the relationship between it and the named party:

    <u>St. Paul Mercury Insurance Company is a wholly owned subsidiary of St. Paul Fire and Marine Insurance Company which is a wholly owned subsidiary of The Travelers Companies, Inc., a publicly traded company.</u>

2. Is there a publicly owned corporation, not a party to this case, that has a financial interest in the outcome?

☐ YES      ☒ NO

If the answer is YES list the identity of such corporation and the nature of the financial interest to the named party:

_____

s/Stacy A. Broman                                              May 4, 2011
Signature of Counsel                                           Date

7872931.1