UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

NORTHERN STATES POWER
COMPANY,

                Plaintiff,

            v.                Civil File No.: 10-cv-780

AEGIS INSURANCE SERVICES, INC.
(a/k/a Associated Electric &
Gas Insurance Services Limited),

                Defendant.

AEGIS INSURANCE SERVICES, INC.
(a/k/a Associated Electric &
Gas Insurance Services Limited),

                Third-Party Plaintiff,

            v.

ADMIRAL INSURANCE COMPANY, et
al.

                Third-Party Defendants.

## NOTICE OF APPEARANCE

TO:    All Counsel of Record

PLEASE TAKE NOTICE that the law firm of Cohn Baughman & Martin by James F. Martin, hereby enters an appearance in the above-captioned case as counsel for Third-Party Defendant Century Indemnity Company, as successor in interest to CIGNA Specialty Insurance Company f/k/a California Union Insurance.  We hereby demand that copies of all pleadings and other documents and correspondence be served upon us at our offices at 333 West Wacker Drive, Suite 900, Chicago, IL  60606.

Dated this 4th of May, 2011

                                      COHN BAUGHMAN & MARTIN

                                      */s/*    James F. Martin
                                      James F. Martin
                                      333 West Wacker Drive
                                      Suite 900
                                      Telephone: 312-753-6616
                                      Facsimile: 312-753-6601
                                      E-Mail: james.martin@mclolaw.com
                                      Attorney for Third-Party Defendant
                                      Century Indemnity Company, as
                                      successor in interest to CIGNA
                                      Specialty Insurance Company
                                      f/k/a California Union Insurance
                                      Company