## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN
_____

NORTHERN STATES POWER
COMPANY,

                      Plaintiff,

           v.                              Civil File No.: 10-cv-780

AEGIS INSURANCE SERVICES, INC.
(a/k/a Associated Electric &
Gas Insurance Services Limited),

                     Defendant.

AEGIS INSURANCE SERVICES, INC.
(a/k/a Associated Electric &
Gas Insurance Services Limited),

                Third-Party Plaintiff,

           v.

ADMIRAL INSURANCE COMPANY, et
al.

                Third-Party Defendants.
_____

### Stipulation Extending Time For Defendant Century Indemnity Company
### To Respond to Third-Party Complaint

      The undersigned, as counsel for the parties identified below, agree and stipulate as follows:

      Third-Party Defendant Century Indemnity's response to Third-Party Plaintiff

AEGIS INSURANCE SERVICES, INC.'s Third Party Complaint, is due to be filed on

May 5, 2011.  The parties agree that Century shall have an additional twenty days until

May 25, 2011, to file a responsive pleading to the Third-Party Complaint.

/s/Steven M. Streck
Steven M. Streck
Axley Brynelson, LLP
(Suite 200, 2 East Mifflin Street)
Post Office Box 1767
Telephone: (608) 257-5661
Facsimile: (608) 257-5444
E-Mail SStreck@axley.com
Attorney for Defendant/Third/Party Plaintiff
AEGIS INSURANCE SERVICES, Inc.,
a/k/a Associated Electric & Gas Insurance
Services Limited

/s/James F. Martin
James F. Martin
Cohn Baughman & Martin
333 West Wacker Drive
Suite 900
Telephone: 312-753-6616
Facsimile: 312-753-6601
E-Mail: james.martin@mclolaw.com
Attorney for Third-Party Defendant
Century Indemnity Company, as
successor in interest to CIGNA
Specialty Insurance Company
f/k/a California Union Insurance
Company