UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NORTHERN STATES POWER COMPANY,

    Plaintiff,

v.

AEGIS INSURANCE SERVICES, INC.,

    Defendant.

AEGIS INSURANCE SERVICES, INC.

    Third-Party Plaintiff,

v.

ADMIRAL INSURANCE COMPANY; ALLSTATE INSURANCE COMPANY, NORTHWEST NATIONAL INSURANCE COMPANY, CENTURY INDEMNITY COMPANY, COLUMBIA CASUALTY INSURANCE COMPANY, CONTINENTAL INSURANCE COMPANY, INSCO INSURANCE GROUP, FAIRFAX FINANCIAL HOLDINGS LIMITED, CERTAIN UNDERWRITERS AT LLOYD'S LONDON, CERTAIN LONDON MARKET INSURERS, FAIRMONT SPECIALTY INSURANCE COMPANY; ST. PAUL MERCURY INSURANCE COMPANY and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,

    Third-Party Defendants.

Case No: 10-CV-780

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that we have been retained by and appear for Admiral Insurance Company in the above entitled action, and we hereby demand that copies of all pleadings in this action subsequent to the Summons and Complaint being served upon us at our offices at 22 East Mifflin Street, P.O. Box 2626, Madison, WI 53701-2626.

Dated this _____5th_____ day of May, 2011.

                                       WINNER, WIXSON & PERNITZ

                                  By:_____
                                     Mark W. Andrews (SBN: 01007998)
                                     Attorneys for Admiral Insurance Company

22 East Mifflin Street, Suite 702
P.O. Box 2626
Madison, WI 53701-2626
608/257-0257
608-257-0078 - FAX

Attorney James S. Stickles, Jr.*
Stickles LLC
Suite E, 3385 North Arlington Heights Road
Arlington Heights, IL 60004

*Motion to Appear *Pro Hac Vice to be filed*