

**State of Wisconsin \ DEPARTMENT OF NATURAL RESOURCES**

Jim Doyle, Governor
Matthew J. Frank, Secretary
Scott Humrickhouse, Regional Director

West Central Region Headquarters
1300 W. Clairemont Avenue
PO Box 4001
Eau Claire, Wisconsin 54702-4001
Telephone 715-839-3700
FAX 715-839-6076
TTY Access via relay - 711

June 7, 2010

Mr. LeRoy Wilder, Jr.
Xcel Energy
P.O. Box 8
Eau Claire, WI 54702-0008

        SUBJECT:    Former Eau Claire Gas Light Company Manufactured Gas Plant (MGP) Site in the City of Eau Claire's Owen Park

Dear Mr. Wilder:

The Wisconsin Department of Natural Resources ("the Department") has become aware of the above referenced former MGP facility located at the above referenced location. Due to the history of coal tar and purifier box contamination at similar MGP sites that operated at the turn of the 19th century and early 20th century, the Department believes that soil and groundwater contamination likely exists at this site. Visual evidence exists that suggests that a ledge of solidified coal tar is still present at the site extending out into the Chippewa River. This ledge of coal tar is mainly visible during periods of low flow on the river.

The Department is currently investigating whether you and/or any past owners or occupants of the site may potentially be responsible for causing the historic release of coal tars or purifier box wastes to the environment at the site. Based on my review of the 1897 Sanborn map for the City of Eau Claire (Sheet 51) the former MGP was located between the Chippewa River and 1st Ave., and between the unopened sections of Hudson St. and Broadway St. The former MGP was listed as doing business under the name of the "Eau Claire Gas Light Company", which was the same name as the subsequent larger MGP facility which replaced the Owen Park MGP, and which Xcel Energy remediated, at the confluence of the Eau Claire and the Chippewa Rivers. The Sanborn map indicates the former MGP facility was comprised of one building measuring approximately 160' long by 60' wide, one 32,000 cubic foot gas holder measuring approximately 60' in diameter and one relief holder measuring approximately 20' in diameter. The building housed a coke shed, a scrubber room, the relief holder, the retort ovens and generator, a meter room, a purifying room and a lime storage room. A recent site inspection revealed that the circular footprint of the former gas holder is still visible at ground surface between the public children's playground and the band pavilion.

Based on the documentation summarized above, the Department requests that you complete a Phase I and II Environmental Site Assessment (ESA) to evaluate recognized environmental conditions (RECs) and determine whether a release of coal tars and purifier box wastes may have occurred as a result of normal MGP operations at this site. Please provide any additional documentation that you may already have as to the actual operations of the former MGP facility at the site.

received
6-8-10
LJW

dnr.wi.gov
wisconsin.gov

Printed on
Recycled
Paper

**EXHIBIT 1**

Within thirty (30) days of your receipt of this notice, please provide me with a <u>letter</u> containing the information requested above as well as a proposed schedule for completing the requested Phase I and II ESAs. This information is requested by the Department under the authority of s. 292.11(7)(a) and s. 292.11(8), Wis. Stats.

I appreciate your concern and cooperation in this matter. Should you have any questions about this letter please feel free to contact me at (715) 839-1602.

Sincerely,

Douglas Joseph
Hydrogeologist
Bureau for Remediation & Redevelopment

    Attach: Copy of 1897 City of Eau Claire Sanborn Map – Sheet 51 (Upper left ¼ portion)

c:   William Evans – WCR Remediation and Redevelopment Program Supervisor
    Colleen Schian, City of Eau Claire Risk Manager
    Phil Fieber, City of Eau Claire Parks and Recreation Department Director



1897 Sanborn Map