UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NORTHERN STATES POWER COMPANY,

    Plaintiff,

v.                                        Case No: 10-CV-780

AEGIS INSURANCE SERVICES, INC.,

    Defendant.

AEGIS INSURANCE SERVICES, INC.

    Third-Party Plaintiff,

v.

ADMIRAL INSURANCE COMPANY; ALLSTATE
INSURANCE COMPANY, NORTHWEST NATIONAL
INSURANCE COMPANY, CENTURY INDEMNITY
COMPANY, COLUMBIA CASUALTY INSURANCE
COMPANY, CONTINENTAL INSURANCE COMPANY,
INSCO INSURANCE GROUP, FAIRFAX FINANCIAL
HOLDINGS LIMITED, CERTAIN UNDERWRITERS
AT LLOYD'S LONDON, CERTAIN LONDON MARKET
INSURERS, FAIRMONT SPECIALTY INSURANCE
COMPANY; ST. PAUL MERCURY INSURANCE
COMPANY, and ST. PAUL FIRE AND MARINE INSURANCE
COMPANY,

    Third-Party Defendants.

---

**STIPULATION TO EXTEND TIME TO FILE ANSWER
OR OTHER RESPONSIVE PLEADING**

---

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Third-Party Plaintiff, AEGIS Insurance Service, Inc. (a/k/a Associated Electric & Gas Insurance Service Limited), and Third-Party Defendants Admiral Insurance Company that

the deadline for Admiral Insurance Company to file an Answer or other responsive pleading to AEGIS Insurance Services, Inc.'s Third-Party Complaint shall be extended up to and including May 25, 2011.

AXLEY BRYNELSON, LLP

Date: 5/12/11     By: _____
Steven M. Streck (SBN: 1013070)
Attorney for Defendant and Third-Party Plaintiff
AEGIS Insurance Services, Inc.

WINNER, WIXSON & PERNITZ

Date: 5/13/11     By: _____
MARK W. ANDREWS, (SBN: 01007998)
Attorneys for Third-Party Defendant Admiral
Insurance Company