IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NORTHERN STATES POWER COMPANY,

          Plaintiff,

v.

AEGIS INSURANCE SERVICES, INC.
(a/k/a Associated Electric & Gas Insurance
Services Limited),

          Defendant.

AEGIS INSURANCE SERVICES, INC.
(a/k/a Associated Electric & Gas Insurance
Services Limited),

          Third-Party Plaintiff,

v.

ADMIRAL INSURANCE COMPANY, et al.,

          Third-Party Defendants.

Civil File No. 10-cv-780

**Stipulation Extending Time For Defendant Northwestern National
Insurance Company To Respond To Third-Party Complaint**

The undersigned, as counsel for the parties identified below, agree and stipulate as follows:

Third-Party Defendant Northwestern National Insurance Company's ("NNIC") response to Third-Party Plaintiff AEGIS Insurance Services, Inc.'s ("AEGIS") Third-Party Complaint, is due to be filed on May 17, 2011. The parties agree that Northwestern shall have an additional twenty (20) days until June 6, 2011, to file a responsive pleading to the Third-Party Complaint.

Dated this 17th day of May, 2011.

/s/ Steven M. Streck
Steven M. Streck
Axley Brynelson, LLP
(Suite 200, 2 East Mifflin Street)
Post Office Box 1767
Telephone:     (608) 257-5661
Facsimile:      (608) 257-5444
E-Mail:          sstreck@axley.com

Attorney for Defendant/Third-Party Plaintiff
AEGIS INSURANCE SERVICES, INC.,
a/k/a Associated Electric & Gas Insurance
Services Limited

/s/ Lee M. Seese
Raymond R. Krueger, SBN 1000642
Lee M. Seese, SBN 1036636
Thomas A. Janczewski, SBN 1066346
Michael Best & Friedrich LLP
N19 W24133 Riverwood Drive, Suite 200
Waukesha, WI 53188
Telephone:     (262) 956-6560
Facsimile:      (262) 956-6565
E-Mail:          lmseese@michaelbest.com

Attorney for Third-Party Defendants
NORTHWESTERN NATIONAL
INSURANCE COMPANY

070086-0187\9221166.1