UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

NORTHERN STATES POWER COMPANY,

    Plaintiff,

v.

AEGIS INSURANCE SERVICES, INC. (a/k/a
Associated Electric & Gas Insurance Services Limited),

    Defendant and
    Third-Party Plaintiff,

v.

ADMIRAL INSURANCE COMPANY; ALLSTATE
INSURANCE COMPANY (as successor-in-interest to
Northbrook Excess & Surplus Insurance Company
f/k/a as Northbrook Insurance Company);
NORTHWEST NATIONAL INSURANCE COMPANY
(as successor-in-interest to Bellefonte Insurance
Company); CENTURY INDEMNITY COMPANY (as
successor-in-interest to CIGNA Specialty Insurance
Company f/k/a California Union Insurance Company);
COLUMBIA CASUALTY INSURANCE
COMPANY; CONTINENTAL INSURANCE
COMPANY (as successor-in-interest to Harbor
Insurance Company); INSCO INSURANCE GROUP;
FAIRFAX FINANCIAL HOLDINGS LIMITED (as
successor-in-interest to TIG as successor to
International Surplus Lines Insurance Company);
CERTAIN UNDERWRITERS AT LLOYD'S
LONDON and CERTAIN LONDON MARKET
INSURERS (including INSCO Ltd., Britamco, Ltd. AG
1830, CNA Reinsurance of London Limited,
Compagnie D'Assurances Maritimes Aeriennes Et
Terrestres, The Dominion Insurance Co. Ltd., Eisen
Und Stahl Ruckversicherung A.G., Compagnie Euro-
Belge De Reassurances, Assicurazioni Generali Spa
(UK Branch), Hollandshe Vers. Van 1808 N.V.,
Companhia De Seguros Imperio S.A., Allianz
International Insurance Co., Ltd., Storebrand Insurance
Co., (UK) Ltd., Taisho Marine & Fire Insurance Co.
(Europe) Ltd., The Tokio Marine & Fire Insurance Co.

Civil File No.: 10-cv-780

**NOTICE OF VOLUNTARY
DISMISSAL**

1

(UK) Ltd., Royale Belge Incendie Reassurance S.A.
D'Assurances, The Sumitomo Marine And Fire
Insurance Co., Ltd., Turegum Insurance Co., Ltd.,
Unionamerica Insurance Co., Ltd., La Union
Atlantique S.A., Continental Reinsurance Management
Ltd., St. Katherine Insurance Co. PLC, Winterthur
Swiss Insurance Co., Yasuda Fire and Marine
Insurance Co. (UK) Ltd., Compagnie Europeenne
D'Assurances Industrielles S.A., La Agricola Sa De
Seguros Y Reaseguros, Belge
Industrielle A.N.M., Eurinco Allgemeine Versicherungs
Aktiengesellschaft, Folksam International Insurance Co.
(UK) Ltd., Hafez Insurance Co., PLAR Pool);
FAIRMONT SPECIALTY INSURANCE COMPANY
(as successor-in-interest to Ranger Insurance
Company); ST. PAUL MERCURY INSURANCE
COMPANY, and ST. PAUL FIRE AND MARINE
INSURANCE COMPANY,

        Third-Party Defendants.

Pursuant to the provisions of Rule 41(a) Associated Electric & Gas Insurance Services Limited ("AEGIS"), Third-Party Plaintiff herein, voluntarily dismisses without prejudice the above-entitled action as to INSCO Insurance Group, Third-Party Defendant herein.

Dated this 18th day of May, 2011.

        Respectfully submitted,

        AXLEY BRYNELSON, LLP

        /s/ Steven M. Streck_____
        Steven M. Streck
        (Suite 200, 2 East Mifflin Street)
        Post Office Box 1767
        Telephone: (608) 257-5661
        Facsimile: (608) 257-5444
        E-Mail: sstreck@axley.com

Howard B. Epstein
Theodore A. Keyes
Sami B. Groff
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2000
Facsimile:  (212) 593-5955
E-Mail: howard.epstein@srz.com
       theodore.keyes@srz.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

NORTHERN STATES POWER COMPANY,

                Plaintiff,

        v.                               Civil File No.: 10-cv-780

AEGIS INSURANCE SERVICES, INC. (a/k/a    **CERTIFICATE OF SERVICE**
Associated Electric & Gas Insurance Services Limited),

                Defendant and
                Third-Party Plaintiff,

        v.

ADMIRAL INSURANCE COMPANY; ALLSTATE INSURANCE COMPANY (as successor-in-interest to Northbrook Excess & Surplus Insurance Company f/k/a as Northbrook Insurance Company); NORTHWEST NATIONAL INSURANCE COMPANY (as successor-in-interest to Bellefonte Insurance Company); CENTURY INDEMNITY COMPANY (as successor-in-interest to CIGNA Specialty Insurance Company f/k/a California Union Insurance Company); COLUMBIA CASUALTY INSURANCE COMPANY; CONTINENTAL INSURANCE COMPANY (as successor-in-interest to Harbor Insurance Company); INSCO INSURANCE GROUP; FAIRFAX FINANCIAL HOLDINGS LIMITED (as successor-in-interest to TIG as successor to International Surplus Lines Insurance Company); CERTAIN UNDERWRITERS AT LLOYD'S LONDON and CERTAIN LONDON MARKET INSURERS (including INSCO Ltd., Britamco, Ltd. AG 1830, CNA Reinsurance of London Limited, Compagnie D'Assurances Maritimes Aeriennes Et Terrestres, The Dominion Insurance Co. Ltd., Eisen Und Stahl Ruckversicherung A.G., Compagnie Euro-Belge De Reassurances, Assicurazioni Generali Spa (UK Branch), Hollandshe Vers. Van 1808 N.V., Companhia De Seguros Imperio S.A., Allianz International Insurance Co., Ltd., Storebrand Insurance Co., (UK) Ltd., Taisho Marine & Fire Insurance Co. (Europe) Ltd., The Tokio Marine & Fire Insurance Co.

(UK) Ltd., Royale Belge Incendie Reassurance S.A. D'Assurances, The Sumitomo Marine And Fire Insurance Co., Ltd., Turegum Insurance Co., Ltd., Unionamerica Insurance Co., Ltd., La Union Atlantique S.A., Continental Reinsurance Management Ltd., St. Katherine Insurance Co. PLC, Winterthur Swiss Insurance Co., Yasuda Fire and Marine Insurance Co. (UK) Ltd., Compagnie Europeenne D'Assurances Industrielles S.A., La Agricola Sa De Seguros Y Reaseguros, Belge Industrielle A.N.M., Eurinco Allgemeine Versicherungs Aktiengesellschaft, Folksam International Insurance Co. (UK) Ltd., Hafez Insurance Co., PLAR Pool); FAIRMONT SPECIALTY INSURANCE COMPANY (as successor-in-interest to Ranger Insurance Company); ST. PAUL MERCURY INSURANCE COMPANY, and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,

                              Third-Party Defendants.

---

I, Sally M. Kramer, certify that on May 18, 2011, the undersigned electronically filed a Notice of Voluntary Dismissal through the Court's ECF system, which will send notice via electronic filing to the following: Attorneys Lee M. Seese, Raymond Krueger, Thomas A. Janezewski, Steven M. Streck, Howard B. Epstein, Sami B. Groff, Theodore A. Keyes, Mark William Andrews, David J. Pliner, James F. Martin, Thomas D. Jensen, Michael Cohen, and Stacy Ann Broman, and I certify that I have mailed by United States Postal Service a copy of the aforementioned documents and notice of filing to the following non-ECF participant:

    Certain Underwriters at Lloyd's London
    Certain London Market Insurers
    c/o Mr. Thomas W. Dawson
    Leboeuf Lamb Greene & Macrae LLP
    125 West 55th Street
    New York, NY  10019

                                          /s/ Sally M. Kramer
                                          Sally M. Kramer