UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NORTHERN STATES POWER COMPANY,

    Plaintiff,

v.      Case No: 10-CV-780

AEGIS INSURANCE SERVICES, INC.,

    Defendant.

AEGIS INSURANCE SERVICES, INC.

    Third-Party Plaintiff,

v.

ADMIRAL INSURANCE COMPANY; ALLSTATE
INSURANCE COMPANY, NORTHWEST NATIONAL
INSURANCE COMPANY, CENTURY INDEMNITY
COMPANY, COLUMBIA CASUALTY INSURANCE
COMPANY, CONTINENTAL INSURANCE COMPANY,
INSCO INSURANCE GROUP, FAIRFAX FINANCIAL
HOLDINGS LIMITED, CERTAIN UNDERWRITERS
AT LLOYD'S LONDON, CERTAIN LONDON MARKET
INSURERS, FAIRMONT SPECIALTY INSURANCE
COMPANY; ST. PAUL MERCURY INSURANCE
COMPANY, and ST. PAUL FIRE AND MARINE INSURANCE
COMPANY,

    Third-Party Defendants.

## NOTICE OF MOTION AND MOTION FOR *PRO HAC VICE* ADMISSION

Please take notice that Mark W. Andrews of Winner, Wixson & Pernitz, an attorney in good standing of the State Bar of Wisconsin and of this Court, on behalf of the Defendant Admiral Insurance Company, hereby moves the Court for an Order allowing Attorney James S.

Stickles, Jr. of the law firm of Stickles, LLC, who is not a member of the bar of this state, to appear in this case of behalf of said Defendant.

Mr. Stickles is a member of (1) the bar of the State of Illinois since 1979, registration number 3125541; (2) the United States District Court for the Northern District of Illinois; and (3) the Federal Seventh and Eighth Circuit Courts of Appeal. He is a member in good standing of all those jurisdictions and agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the courts of Wisconsin in connection with the *pro hac vice* representation in this case.

Additional grounds for the Motion are set forth in the accompanying Affidavit of James S. Stickles, Jr.

WHEREFORE the undersigned, on behalf of the Defendant Admiral Insurance Company requests and moves this Court for an Order granting *pro hac vice* admission of Attorney Stickles.

Dated this 20th day of May, 2011.

WINNER, WIXSON & PERNITZ

By: _____
Mark W. Andrews (SBN: 01007998)
Attorneys for Defendant Admiral
Insurance Company

22 East Mifflin Street, Suite 702
P.O. Box 2626
Madison, WI 53701-2626
608/257-0257
608-257-0078 - FAX