UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

NORTHERN STATES POWER COMPANY,

    Plaintiff,

v.                                               Civil File No. 10-cv-780

AEGIS INSURANCE SERVICES, INC.
(a/k/a Associated Electric & Gas Insurance
Services Limited),

    Defendant

AEGIS INSURANCE SERVICES, INC.
(a/k/a Associated Electric & Gas Insurance
Services Limited),

    Third-Party Plaintiff,

v.

Admiral Insurance Company, et al.

    Third-Party Defendants.

**AFFIDAVIT OF JAMES S. STICKLES, JR.**

STATE OF ILLINOIS) SS
LAKE COUNTY)

    I, James S. Stickles, Jr., being first duly sworn upon my oath, depose and state as follows:

1.    I am an attorney retained by third-party defendant Admiral Insurance Company to represent its interests in this insurance coverage suit.

2.  My residence address is 21791 N. Hickory Hill Rd., Kildeer, Illinois 60047. My business address and contact information is:

>   James S. Stickles, Jr.
>   STICKLES, LLC
>   3385 N. Arlington Heights Rd. Suite E,
>   Arlington Heights, Illinois. 60004
>   Tel.: (847) 398-9927
>   Fax. (847) 398-9926

3.  I have been a member in good standing of (1) the bar of the State of Illinois since 1979, registration number 3125541; (2) the bar of the United States District Court, Northern District of Illinois since 1979; (3) the bar of the United States Court of Appeals for the Seventh Circuit since 1986; (4) the bar of the United States Court of Appeals for the Eighth Circuit since 1992; and (5) the United States Court of Federal Claims since 1995.

4.  I am a member in good standing in all jurisdictions listed in paragraph 3.

5.  I have never been suspended, disbarred or resigned from the practice of law as a result of a disciplinary charge, investigation, or proceeding in any jurisdiction.

6.  There are no disciplinary proceedings presently pending against me in any jurisdictions.

7.  Good cause exists for my appearance in the above-captioned case because of the

attorney/client relationship. I have acquired a specialized skill and knowledge with respect to this complex field of law and the Admiral Insurance Company policies at issue that would assist in the handling of this matter before this Court.

8. I am aware that if admitted to practice before this Court I must follow the Wisconsin Federal Court Rules and that I will be subject to the discipline of this Court.

9. I have not previously been admitted to practice in any Federal Court in Wisconsin.

10. I respectfully request leave of this Court to be admitted as counsel for third-party defendant, Admiral Insurance Company, *pro hac vice*.

Dated this 20th day of May, 2011.

_____
James S. Stickles, Jr.

Subscribed and sworn to before me
This 20 day of May, 2011.

_____
Notary Public for the State of Illinois
My commission expires: May 1, 2013



3