UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

NORTHERN STATES POWER COMPANY,

        Plaintiff,

v.                                                                                  Civil File No.:  10-cv-780

AEGIS INSURANCE SERVICES, INC. (a/k/a
Associated Electric & Gas Insurance Services          **MOTION FOR SUBSTITUTION OF**
Limited),                                                                         **COUNSEL FOR THIRD-PARTY**
                                                                               **DEFENDANTS ST. PAUL MERCURY**
        Defendant.                                                           **INSURANCE COMPANY AND**
                                                                               **ST. PAUL FIRE AND MARINE**
AEGIS INSURANCE SERVICES, INC.,                             **INSURANCE COMPANY**
(a/k/a Associated Electric & Gas Insurance
Services Limited),

        Third-Party Plaintiff,

v.

ADMIRAL INSURANCE COMPANY, et al.,

        Third Party Defendants.

       NOW COMES Third-Party Defendants St. Paul Mercury Insurance Company and St. Paul Fire and Marine Insurance Company and hereby request this Court to substitute as counsel of record Amy Woodworth (WI State Bar No. 1047588).  Amy Woodworth is substituting as counsel of record in the above-captioned action in place of Stacy Broman.

       Contact information for new counsel is:  Amy Woodworth of Meagher & Geer, PLLP, Tel.: 612-371-1327; Fax: 612-877-3195; awoodworth@meagher.com.

                    MEAGHER & GEER, PLLP

Dated: <u>May 23, 2011</u>        <u>/s/ Stacy A. Broman</u>
                                    Amy J. Woodworth, WI Bar # 1047588
                                    Stacy A. Broman, WI Bar # 1041686
                                    33 South Sixth Street, Ste. 4400
                                    Minneapolis, MN  55402
                                    Telephone:  (612) 338-0661
                                    Facsimile:  (612) 338-8384
                                    E-Mails:  awoodworth@meagher.com;
                                    sbroman@meagher.com

                                    *Attorneys for Third-Party Defendants*
                                    *St. Paul Mercury Insurance Company and*
                                     *St. Paul Fire and Marine Insurance Company*

7901812.1