UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

NORTHERN STATES POWER COMPANY,

        Plaintiff,

   v.

AEGIS INSURANCE SERVICES, INC. (a/k/a Associated Electric & Gas Insurance Services Limited),

        Defendant.

AEGIS INSURANCE SERVICES, INC., (a/k/a Associated Electric & Gas Insurance Services Limited),

        Third-Party Plaintiff,

v.

ADMIRAL INSURANCE COMPANY, et al.,

        Third Party Defendants.

Civil File No.:  10-cv-780

**NOTICE OF APPEARANCE OF AMY J. WOODWORTH**

---

TO:    ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned has been retained by and appears for Third-Party Defendants St. Paul Mercury Insurance Company and St. Paul Fire and Marine Insurance Company in place of Stacy A. Broman in the above-entitled action, and I hereby request that copies of all subsequent papers be served upon me at Meagher & Geer, PLLP, 33 South Sixth Street, Suite 4400, Minneapolis, MN 55402.

MEAGHER & GEER, PLLP

Dated: May 23, 2011          /s/ Amy J. Woodworth
                             Amy J. Woodworth, WI Bar # 1047588
                             33 South Sixth Street, Ste. 4400
                             Minneapolis, MN  55402
                             Telephone:  (612) 338-0661
                             Facsimile:  (612) 338-8384
                             E-Mail:  awoodworth@meagher.com

                             *Attorney for Third-Party Defendants*
                             *St. Paul Mercury Insurance Company and*
                             *St. Paul Fire and Marine Insurance Company*

7902519.1