UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

NORTHERN STATES POWER COMPANY,

        Plaintiff,

    v.

AEGIS INSURANCE SERVICES, INC. (a/k/a Associated Electric & Gas Insurance Services Limited),

        Defendant.

AEGIS INSURANCE SERVICES, INC.,
(a/k/a Associated Electric & Gas Insurance Services Limited),

        Third-Party Plaintiff,

v.

ADMIRAL INSURANCE COMPANY, et al.,

        Third Party Defendants.

Civil File No.: 10-cv-780

**THIRD-PARTY DEFENDANTS ST. PAUL MERCURY INSURANCE COMPANY AND ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S AFFIDAVIT OF SERVICE**

---

    I hereby certify that on May 23, 2011, I electronically filed a <u>Motion for Substitution of Counsel for Third-Party Defendants St. Paul Mercury Insurance Company and St. Paul Fire and Marine Insurance Company</u>; and <u>Notice of Appearance of Amy J. Woodworth</u> with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel registered with the CM/ECF system; and I served the following attorney with the above-mentioned documents and the Notices of Electronic Filing by U.S. Mail:

Raymond Krueger
Michael Best & Friedrich, LLP
100 East Wisconsin Ave., Suite 3300
Milwaukee, WI  53202

                            MEAGHER & GEER, PLLP

Dated: May 23, 2011        /s/ Amy J. Woodworth
                                      Amy J. Woodworth, WI Bar # 1047588
                                      33 South Sixth Street, Ste. 4400
                                      Minneapolis, MN 55402
                                      Telephone: (612) 338-0661
                                      Facsimile: (612) 338-8384
                                      E-Mail: awoodworth@meagher.com

                                      *Attorney for Third-Party Defendants*
                                      *St. Paul Mercury Insurance Company and*
                                       *St. Paul Fire and Marine Insurance Company*

7903245.1