UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

NORTHERN STATES POWER COMPANY,

                Plaintiff,

       v.                               Civil File No.: 10-cv-780

AEGIS INSURANCE SERVICES, INC. (a/k/a   **STIPULATED MOTION TO**
Associated Electric & Gas Insurance Services Limited),  **AMEND CAPTION**

                Defendant and
                Third-Party Plaintiff,

       v.

ADMIRAL INSURANCE COMPANY; ALLSTATE INSURANCE COMPANY (as successor-in-interest to Northbrook Excess & Surplus Insurance Company f/k/a as Northbrook Insurance Company); NORTHWEST NATIONAL INSURANCE COMPANY (as successor-in-interest to Bellefonte Insurance Company); CENTURY INDEMNITY COMPANY (as successor-in-interest to CIGNA Specialty Insurance Company f/k/a California Union Insurance Company); COLUMBIA CASUALTY INSURANCE COMPANY; CONTINENTAL INSURANCE COMPANY (as successor-in-interest to Harbor Insurance Company); INSCO INSURANCE GROUP; FAIRFAX FINANCIAL HOLDINGS LIMITED (as successor-in-interest to TIG as successor to International Surplus Lines Insurance Company); CERTAIN UNDERWRITERS AT LLOYD'S LONDON and CERTAIN LONDON MARKET INSURERS (including INSCO Ltd., Britamco, Ltd. AG 1830, CNA Reinsurance of London Limited, Compagnie D'Assurances Maritimes Aeriennes Et Terrestres, The Dominion Insurance Co. Ltd., Eisen Und Stahl Ruckversicherung A.G., Compagnie Euro-Belge De Reassurances, Assicurazioni Generali Spa (UK Branch), Hollandshe Vers. Van 1808 N.V., Companhia De Seguros Imperio S.A., Allianz International Insurance Co., Ltd., Storebrand Insurance Co., (UK) Ltd., Taisho Marine & Fire Insurance Co. (Europe) Ltd., The Tokio Marine & Fire Insurance Co.

(UK) Ltd., Royale Belge Incendie Reassurance S.A.
D'Assurances, The Sumitomo Marine And Fire
Insurance Co., Ltd., Turegum Insurance Co., Ltd.,
Unionamerica Insurance Co., Ltd., La Union
Atlantique S.A., Continental Reinsurance Management
Ltd., St. Katherine Insurance Co. PLC, Winterthur
Swiss Insurance Co., Yasuda Fire and Marine
Insurance Co. (UK) Ltd., Compagnie Europeenne
D'Assurances Industrielles S.A., La Agricola Sa De
Seguros Y Reaseguros, Belge
Industrielle A.N.M., Eurinco Allgemeine Versicherungs
Aktiengesellschaft, Folksam International Insurance Co.
(UK) Ltd., Hafez Insurance Co., PLAR Pool);
FAIRMONT SPECIALTY INSURANCE COMPANY
(as successor-in-interest to Ranger Insurance
Company); ST. PAUL MERCURY INSURANCE
COMPANY, and ST. PAUL FIRE AND MARINE
INSURANCE COMPANY,

                Third-Party Defendants.

---

The parties below, through their counsel, hereby move to amend the caption, as set forth in Exhibit 1, to correct the names of the Defendant/Third-Party Plaintiff and certain Third-Party Defendants as follows:

1. AEGIS Insurance Services, Inc. (a/k/a Associated Electric & Gas Insurance Services Limited) is amended to Associated Electric & Gas Insurance Services Limited ("AEGIS").

2. Third-Party Defendant Northwest National Insurance Company is amended to Northwestern National Insurance Company.

3. Third-Party Defendant Columbia Casualty Insurance Company is amended to Columbia Casualty Company.

4. Third-Party Defendant Fairfax Financial Holdings, Ltd. (as successor-in-interest to TIG as successor to International Surplus Lines Insurance Company) is amended to TIG

Insurance Company, as successor-in-interest to International Insurance Company and International Surplus Lines Insurance Company.

5. Third-Party Defendant Fairmont Specialty Insurance Company (as successor-in-interest to Ranger Insurance Company) is amended to Fairmont Specialty Insurance Company, formerly known as Ranger Insurance Company ("Ranger").

6. Third-Party Defendant INSCO Insurance Group has been dismissed pursuant to Fed. R. Civ. P. 41(a)(1) and is removed from the caption.

Dated this  17th  day of June, 2011.

            MICHAEL BEST & FRIEDRICH, LLP

            /s/ Lee M. Seese
            Lee M. Seese
            Raymond Krueger
            Thomas A. Janczewski
            100 East Wisconsin Avenue, Suite 3300
            Milwaukee, WI 53202
            Telephone: (414) 271-6560

            *Attorneys for Plaintiff*
            *Northern States Power Company and*
            *Third-Party Defendant*
            *Northwestern National Insurance Company*

Dated this  22nd  day of June, 2011.

            AXLEY BRYNELSON, LLP

            /s/ Steven M. Streck
            Steven M. Streck
            2 East Mifflin Street, Suite 200
            Post Office Box 1767
            Madison, WI 53701-1767
            Telephone: (608) 257-5661

> Howard B. Epstein
> Theodore A. Keyes
> Sami B. Groff
> SCHULTE ROTH & ZABEL LLP
> 919 Third Avenue
> New York, NY 10022
> Telephone: (212) 756-2000
>
> *Attorneys for Defendant/Third-Party Plaintiff Associated Electric & Gas Insurance Services Limited*

Dated this  1st  day of June, 2011.

> LIND, JENSEN, SULLIVAN & PETERSON
>
> /s/ Thomas D. Jensen
> Thomas D. Jensen
> 150 South Fifth Street, Suite 1700
> Minneapolis, MN  55402
> Telephone:  (612) 333-3637
>
> *Attorneys for Third-Party Defendant Columbia Casualty Company*

Dated this  1st  day of June, 2011.

> MEISSNER TIERNEY FISHER & NICHOLS S.C.
>
> /s/ Jennifer A.B. Kreil
> Michael J. Cohen
> Jennifer A.B. Kreil
> 111 East Kilbourn Avenue, 19th Floor
> Milwaukee, WI  53202
> Telephone:  (414) 273-1300
>
> *Attorneys for Third-Party Defendant TIG Insurance Company, as successor in interest to International Insurance Company and International Surplus Lines Insurance Company and Third-Party Defendant Fairmont Specialty Insurance Company, formerly known as Ranger Insurance Company*

EXHIBIT 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

NORTHERN STATES POWER COMPANY,

        Plaintiff,

    v.                        Civil File No.: 10-cv-780

ASSOCIATED ELECTRIC & GAS INSURANCE
SERVICES LIMITED,

        Defendant and
        Third-Party Plaintiff,

    v.

ADMIRAL INSURANCE COMPANY; ALLSTATE
INSURANCE COMPANY (as successor-in-interest to
Northbrook Excess & Surplus Insurance Company
f/k/a as Northbrook Insurance Company);
NORTHWESTERN NATIONAL INSURANCE
COMPANY (as successor-in-interest to Bellefonte
Insurance Company); CENTURY INDEMNITY
COMPANY (as successor-in-interest to CIGNA
Specialty Insurance Company f/k/a California Union
Insurance Company); COLUMBIA CASUALTY
COMPANY; CONTINENTAL INSURANCE
COMPANY (as successor-in-interest to Harbor
Insurance Company); TIG INSURANCE COMPANY
(as successor-in-interest to International Insurance
Company and International Surplus Lines Insurance
Company); CERTAIN UNDERWRITERS AT
LLOYD'S LONDON and CERTAIN LONDON
MARKET INSURERS (including INSCO Ltd.,
Britamco, Ltd. AG 1830, CNA Reinsurance of London
Limited, Compagnie D'Assurances Maritimes
Aeriennes Et Terrestres, The Dominion Insurance Co.
Ltd., Eisen Und Stahl Ruckversicherung A.G.,
Compagnie Euro-Belge De Reassurances,

Assicurazioni Generali Spa (UK Branch), Hollandshe Vers. Van 1808 N.V., Companhia De Seguros Imperio S.A., Allianz International Insurance Co., Ltd., Storebrand Insurance Co., (UK) Ltd., Taisho Marine & Fire Insurance Co. (Europe) Ltd., The Tokio Marine & Fire Insurance Co. (UK) Ltd., Royale Belge Incendie Reassurance S.A. D'Assurances, The Sumitomo Marine And Fire Insurance Co., Ltd., Turegum Insurance Co., Ltd., Unionamerica Insurance Co., Ltd., La Union Atlantique S.A., Continental Reinsurance Management Ltd., St. Katherine Insurance Co. PLC, Winterthur Swiss Insurance Co., Yasuda Fire and Marine Insurance Co. (UK) Ltd., Compagnie Europeenne D'Assurances Industrielles S.A., La Agricola Sa De Seguros Y Reaseguros, Belge Industrielle A.N.M., Eurinco Allgemeine Versicherungs Aktiengesellschaft, Folksam International Insurance Co. (UK) Ltd., Hafez Insurance Co., PLAR Pool); FAIRMONT SPECIALTY INSURANCE COMPANY, formerly known as Ranger Insurance Company; ST. PAUL MERCURY INSURANCE COMPANY, and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,

                Third-Party Defendants.