IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NORTHERN STATES POWER COMPANY,

        Plaintiff,

v.

AEGIS INSURANCE SERVICES, INC.
(a/k/a Associated Electric & Gas Insurance
Services Limited),

        Defendant.

AEGIS INSURANCE SERVICES, INC.
(a/k/a Associated Electric & Gas Insurance
Services Limited),

        Third-Party Plaintiff,

v.

ADMIRAL INSURANCE COMPANY, et al.,

        Third-Party Defendants.

Civil File No. 10-cv-780

---

## STIPULATION OF DISMISSAL

---

Pursuant to Rule 41(a)(1)(A)(ii), each of the parties to this action hereby stipulates to the dismissal without prejudice of all claims in this action.

**MICHAEL BEST & FRIEDRICH LLP**

Dated: November 4, 2011        *s/ Raymond R. Krueger*
        Raymond R. Krueger, Esq.
        Counsel for Northern States Power Company, a
        Wisconsin Corporation

**AXLEY BRYNELSON, LLP**

Dated: 11/11/11        *s/ Steven M. Streck*
        Steven M. Streck, Esq.
        Counsel for Associated Electric & Gas
        Insurance Services Limited.

                    **MEISSNER TIERNEY FISHER & NICHOLS, S.C.**

Dated: November 10, 2011      *s/ Jennifer A.B. Kreil*
                                            Jennifer A. B. Kreil, Esq.
                                            Counsel for Fairmont Specialty Insurance Company, f/k/a Ranger Insurance Company

                    **MEISSNER TIERNEY FISHER & NICHOLS, S.C.**

Dated: November 10, 2011      *s/ Jennifer A.B. Kreil*
                                            Jennifer A. B. Kreil, Esq.
                                            Counsel for TIG Insurance Company, as successor-in-interest to International Insurance Company and International Surplus Lines Insurance Company

                    **STICKLES, LLC**

Dated: 11/28/11      *s/ James S. Stickles, Jr.*
                                              James S. Stickles, Jr., Esq.
                                              Counsel for Admiral Insurance Company

                    **von BRIESEN, s.c.**

Dated: 11/16/11      *s/ James F. Martin*
                                              James F. Martin
                                              Counsel for Century Indemnity Company, as successor to CIGNA Specialty Insurance Company (f/k/a California Union Insurance Company)

                                                 **LIND, JENSEN, SULLIVAN & PETERSON**

Dated: 11-15-11                         *s/ Thomas D. Jensen*
                                                 Thomas D. Jensen, Esq.
                                                 Counsel for Columbia Casualty Insurance Company

                                                **LIND, JENSEN, SULLIVAN & PETERSON**

Dated: 11-15-11                         *s/ Thomas D. Jensen*
                                                 Thomas D. Jensen, Esq.
                                                 Counsel for Continental Insurance Company as successor-in-interest to Harbor Insurance Company

                                                **MICHAEL BEST & FRIEDRICH LLP**

Dated: 11/28/11                         *s/ Lee M. Seese*
                                                 Lee M. Seese, Esq.
                                               Counsel for Northwestern National Insurance Company

                                                **HINKHOUSE WILLIAMS WALSH LLP**

Dated: 11-11-11                         *s/ Patrick T. Walsh*
                                                 Patrick T. Walsh
                                               Counsel for Certain Underwriters of Lloyd's, London and Certain London Market Insurance Companies

**TRESSLER, LLC**

Dated:  11/11/2011                         *s/ James R. Murray*
                                           James R. Murray, Esq.
                                           Counsel for Allstate Insurance Company (solely as successor-in-interest to Northbrook Excess & Surplus Insurance Company f/k/a Northbrook Insurance Company)

**MEAGHER & GEER, PLLP**

Dated:  11-23-11                           *s/ Amy J. Woodworth*
                                           Amy J. Woodworth, Esq.
                                           Counsel for St. Paul Mercury Insurance Company and St. Paul Fire and Marine Insurance Company

070086-0187\10440099.2